JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRENT WEICKERT<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL PRODUCTS ASSOCIATION; DANIEL FABRICANT and DOES 1-25, inclusive,<br><br>Defendants. | Case No.:  15-CV-9874-JFW (JEMx)<br><br>Judge:  John F. Walter<br>Dept:<br>Mag. Judge:  John E. McDermott<br>Complaint Date:  12/7/2015<br><br>**ORDER TRANSFERRING VENUE** |

**IT IS HEREBY ORDERED THAT:**

1) this entire action is transferred to the District Court for the District of Columbia, pursuant to 28 U.S.C. §1404(a);

2) **[DELETED BY COURT]**; and

3) all deadlines scheduled in this Court are deemed vacated.

Dated: January 28, 2016

Honorable John F. Walter
United States District Court Judge

- 1 -
**ORDER TRANSFERRING VENUE**