# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT WEICKERT<br><br>    Plaintiff,<br><br>v.<br><br>NATURAL PRODUCTS ASSOCIATION, et al.<br><br>    Defendants. | Case No. **1:16-cv-00142-RJL** |

## MOTION TO APPEAR PRO HAC VICE

Undersigned counsel, who is a member in good standing of the Bar of this Court, hereby requests, pursuant to LCvR 83.2(d), that **Kathleen M. Hartman** be permitted to appear *pro hac vice* as counsel for the Plaintiff. Undersigned counsel submits the attached "Declaration of Kathleen M. Hartman" in support of this motion.

Date: March 25, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*