**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENT WEICKERT<br><br>    Plaintiff,<br><br>v.<br><br>NATURAL PRODUCTS ASSOCIATION, et al.<br><br>    Defendants. | Case No. **1:16-cv-00142-RJL** |

## DECLARATION OF KATHLEEN M. HARTMAN

**I, KATHLEEN M. HARTMAN, DECLARE AND STATE AS FOLLOWS:**

1. This declaration is based on my personal knowledge. If called upon, I am competent to testify in a court of law as to the contents of this declaration.

2. My full name is Kathleen M. Hartman. I am a partner at Callahan, Thompson, Sherman & Caudill, LLP.

3. My office address is: 2601 Main Street, Suite 800, Irvine, CA 92614. My office telephone number is (949)261-2872.

4. I am admitted to practice law before the California State Bar, the United States Supreme Court, the Southern District of California, the Central of California and the Eastern District of California.

5. I certify that I have never been disciplined by any Bar in which I am admitted to practice law.

6. I have not been admitted *pro hac vice* in this Court within the past two years.

7. I do not practice law from an office located in the District of Columbia.

**I declare under the penalty of perjury of the laws of the United States of America that the aforementioned statements are true and correct.**

Date: March 25, 2016　　　　　　　　　　/s/Kathleen M. Hartman
　　　　　　　　　　　　　　　　　　　　Kathleen M. Hartman
　　　　　　　　　　　　　　　　　　　　CALLAHAN, THOMPSON, SHERMAN &
　　　　　　　　　　　　　　　　　　　　CAUDILL, LLP
　　　　　　　　　　　　　　　　　　　　2601 Main Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Irvine, CA 92614
　　　　　　　　　　　　　　　　　　　　Tel: (949) 261-2872
　　　　　　　　　　　　　　　　　　　　Fax: (949) 261-6060
　　　　　　　　　　　　　　　　　　　　khartman@ctsclaw.com