# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRENT WEICKERT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.:  1:16-cv-00142-RJL |
| | ) |
| **NATURAL PRODUCTS ASSOCIATION,** | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY CASE PENDING ARBITRATION

Defendants Natural Products Association ("NPA") and Daniel Fabricant ("Fabricant") (collectively "Defendants"), pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, move to compel arbitration of the claims brought by plaintiff Brent Weickert ("Weickert"). Moreover, this case, including the claims against Fabricant arising out of acts undertaken within the scope of his employment as NPA's CEO/Executive Director, should be stayed pending the outcome of arbitration. Further support for this motion is set forth in the accompanying memorandum in support and attached papers.

A proposed order is attached.

Pursuant to Local Rule 7(m), on March 24, 2016, the undersigned discussed this motion with Weickert's counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement. Weickert's counsel indicated on March 29, 2016 that her client would not agree to the relief sought herein.

Dated: March 30, 2016                    Respectfully submitted,

/s/      Andrew J. Narod
Andrew J. Narod (DC Bar No. 1006083)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
2318 Mill Road, Ste. 1100
Alexandria, Virginia  22314
Telephone: (703) 647-5935
Facsimile:   (703) 647-5962
andrew.narod@leclairryan.com

and

Richard J. Oparil (D.C. Bar No. 409723)
PORZIO, BROMBERG & NEWMAN P.C.
1200 New Hampshire Ave. NW, Suite 710
Washington, D.C. 20036
Telephone: (202) 517-1888
rjoparil@pbnlaw.com

*Attorneys for Defendants*
*Natural Products Association and Daniel Fabricant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I served the foregoing on all counsel of record through the Court's CM/ECF system.

/s/     Andrew J. Narod
Andrew J. Narod