# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRENT WEICKERT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-00142-RJL |
| | ) | |
| **NATURAL PRODUCTS ASSOCIATION** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DANIEL FABRICANT,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please notice the appearance of Michael E. Barnsback, Esq. of LeClairRyan, P.C. as counsel for defendants Natural Products Association and Daniel Fabricant in this matter in place of Andrew J. Narod, Esq. of the same law firm. Please withdraw the appearance of Andrew J. Narod after entering Mr. Barnsback's appearance.

Correspondence may be directed to Mr. Barnsback as follows:

Michael E. Barnsback
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
(703) 647-5931 (Telephone)
(703) 647-5993 (Facsimile)
michael.barnsback@leclairryan.com

Dated:  May 12, 2016                            Respectfully Submitted,

                                               /s/ Michael E. Barnsback
                                        Michael E. Barnsback (Bar No. VA015)
                                        LeClairRyan, A Professional Corporation
                                        2318 Mill Road, Suite 1100
                                        Alexandria, VA 22314
                                        (703) 647-5931 (Telephone)
                                        (703) 647-5993 (Facsimile)
                                        michael.barnsback@leclairryan.com
                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of May, 2016, a true and accurate copy of the foregoing was served via this Court's electronic case filing system upon all counsel of record.

                                               /s/ Michael E. Barnsback
                                        Michael E. Barnsback
                                        LeClairRyan, A Professional Corporation
                                        2318 Mill Road, Suite 1100
                                        Alexandria, VA 22314
                                        (703) 647-5931 (Telephone)
                                        (703) 647-5993 (Facsimile)
                                        michael.barnsback@leclairryan.com
                                        *Counsel for Defendants*